# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

**MICHAEL SAMUEL**
michael@samuelandstein.com

March 31, 2023

ADMITTED IN NY

Judge Laura Taylor Swain
United States District Court
Southern District
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re: *ABN Wholesale LLC vs. Mark Smith*
Case No.23cv2634

Dear Judge Swain:

Please be advised that we represent the plaintiff in the above-entitled matter. We inadvertently filed this case in the Southern District as opposed to the Eastern District. We have since filed this matter in the proper venue (EDNY 23cv 2434). We respectfully request that Your honor direct the Clerk of the Court to refund the initial filing fee.

We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

The Clerk of Court is directed to refund the filing fee for the reasons stated above.
SO ORDERED.
10/18/2023

Laura Taylor Swain, Chief USDJ

Respectfully submitted,

/s/ *Michael Samuel*
Michael Samuel, Esq.

Enc.